# AGULNICK & GOGEL, LLC

ATTORNEYS AT LAW
8 Bond Street – Suite 303
Great Neck, New York 11021

(516) 466-6300
FAX (516) 466-6344

BARRY W. AGULNICK*
WILLIAM A. GOGEL*

barry@lawag.com
gogel@lawag.com

*ADMITTED IN NY & FL

April 23, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Via Fax (212) 805-0426

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 4 2013

Re:  **U.S. v. Craig Kugel**
     **S6 10Cr228 (LTS)**

Dear Judge Swain:

I am the attorney for Craig Kugel whose criminal matter is now pending before your Honor. I write to request that the Court modify my client's bail conditions to permit him to travel to Las Vegas, Nevada from May 19 - May 22, 2013 for business purposes.

The government and Pre-Trial consent to this application.

Thank you for your consideration.

Very truly yours,

AGULNICK & GOGEL, LLC.

By: *Barry W. Agulnick*
     Barry W. Agulnick

*The request is granted.*

BWA/mm

cc:  AUSA Matthew Schwartz
     Via email: Matthew.Schwartz@usdoj.gov

     Marnie Gerardino
     Pre-Trial Services
     Via email: Marnie_Gerardino@nyept.uscourts.gov

     Craig Kugel
     Via email: kugel@intercom.com

SO ORDERED:

_____ 4/23/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE