# AGULNICK & GOGEL, LLC

ATTORNEYS AT LAW
8 Bond Street – Suite 303
Great Neck, New York 11021

(516) 466-6300
FAX (516) 466-6344

BARRY W. AGULNICK*
WILLIAM A. GOGEL*

barry@lawag.com
gogel@lawag.com

*ADMITTED IN NY & FL

November 26, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Via Fax (212) 805-0426

      Re:    U.S. v. Craig Kugel
                 S6 10Cr228 (LTS)

Dear Judge Swain:

      I am the attorney for Craig Kugel whose criminal matter is now pending before your Honor. I write to request that the Court modify my client's bail conditions to permit him to travel to Las Vegas, Nevada from January 6 - January 10, 2014 for business purposes.

      The government and Pre-Trial consent to this application.

      Thank you for your consideration.

Very truly yours,

AGULNICK & GOGEL, LLC.

By: _____
Barry W. Agulnick

BWA/mm

cc:    AUSA Matthew Schwartz
       Via email: Matthew.Schwartz@usdoj.gov

       Marnie Gerardino
       Pre-Trial Services
       Via email: Marnie_Gerardino@nyept.uscourts.gov