# AGULNICK & GOGEL, LLC

ATTORNEYS AT LAW
8 Bond Street – Suite 303
Great Neck, New York 11021

(516) 466-6300
FAX (516) 466-6344

BARRY W. AGULNICK*
WILLIAM A. GOGEL*

*ADMITTED IN NY & FL

barry@lawag.com
gogel@lawag.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 27 2013

November 26, 2013

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Via Fax (212) 805-0426

**MEMO ENDORSED**

    Re:    **U.S. v. Craig Kugel**
             **S6 10Cr228 (LTS)**

Dear Judge Swain:

    I am the attorney for Craig Kugel whose criminal matter is now pending before your Honor. I write to request that the Court modify my client's bail conditions to permit him to travel to Las Vegas, Nevada from January 6 - January 10, 2014 for business purposes.

    The government and Pre-Trial consent to this application.

    Thank you for your consideration.

Very truly yours,

AGULNICK & GOGEL, LLC.

By: _____
Barry W. Agulnick

BWA/mm

cc:    AUSA Matthew Schwartz
        Via email: Matthew.Schwartz@usdoj.gov

        Marnie Gerardino
        Pre-Trial Services
        Via email: Marnie_Gerardino@nyept.uscourts.gov

The request is granted.

**SO ORDERED:**

_____ 11/26/13
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE