**AGULNICK & GOGEL, LLC**

ATTORNEYS AT LAW
8 Bond Street – Suite 303
Great Neck, New York 11021

(516) 466-6300
FAX (516) 466-6344

BARRY W. AGULNICK*
WILLIAM A. GOGEL*

*ADMITTED IN NY & FL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 3 2014
```

barry@lawag.com
gogel@lawag.com

October 2, 2014

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Via Fax (212) 805-0426

MEMO ENDORSED

**Re:    U.S. v. Craig Kugel**
**S6 10cr228 (LTS)**

Dear Judge Swain:

I am the attorney for Craig Kugel whose criminal matter is now pending before your Honor. I write to request that the Court modify my client's bail conditions to permit him to travel to New Orleans from November 8, 2014 to November 12, 2014 for business purposes. The government and pre-trial consent to this application.

Thank you for your consideration.

Very truly yours,

AGULNICK & GOGEL, LLC.

By: _Barry W. Agulnick_
Barry W. Agulnick

The request is granted.

WAG/mm

cc:    AUSA Matthew Schwartz
       Via email: Matthew.Schwartz@usdoj.gov

       Marnie Gerardino
       Pre-Trial Services
       Via email: Marnie_Gerardino@nyept.uscourts.gov

**SO ORDERED:**

_____ 10/3/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE