# AGULNICK & GOGEL, LLC

ATTORNEYS AT LAW
8 Bond Street – Suite 303
Great Neck, New York 11021

(516) 466-6300
FAX (516) 466-6344

BARRY W. AGULNICK*
WILLIAM A. GOGEL*

barry@lawag.com
gogel@lawag.com

*ADMITTED IN NY & FL

June 8, 2015

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
**ECF Filing**

Re:   U.S. v. Craig Kugel
      S6 10cr228 (LTS)

Dear Judge Swain:

I am the attorney for the defendant Craig Kugel who was sentenced by your Honor to time served and two years supervised release with the return of his passport on June 4, 2015.

I would respectfully request that the Court enter the proposed Order exonerating Mr. Kugel's bond. Further I would request the release of all liens on properties and monies used to secure the defendant's $500,000.00 bond.

We would request the return of Mr. Kugel's passport.

I do not believe the Government opposes this application.

Very truly yours,
AGULNICK & GOGEL, LLC.

By: _____
    Barry W. Agulnick

BWA/mm

cc:   AUSA Randall Wade Jackson

      Probation Officer Michele Greer-Bambrick